UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                       CASE NO.  3:08-mj-0005 CMK

       vs.                                          ORDER TO PAY

   MAC ANTHONY CANNON

The Defendant, having been found guilty of Count III, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count I   | Fine: $ Dismissed | Assessment: $ |
| Count II  | Fine: $ Dismissed | Assessment: $ |
| Count III | Fine: $ 250.00    | Assessment: $ 25.00 |
| Count IV  | Fine: $_____   | Assessment: $_____ |
| Count V   | Fine: $_____   | Assessment: $_____ |

(X)   FINE TOTAL OF $250.00 and a penalty assessment of $25.00 payable in monthly installments of $50.00 or more beginning August 1, 2008, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

(X)   RESTITUTION OF $148.50 payable in full by July 1, 2008, to the Bureau of Land Management, 355 Hemsted Drive, Redding, CA 96002.

(X)   PROBATION to be unsupervised for a period of one year. During the term of probation Defendant shall obey all state, federal and local laws.

DATED:  April 23, 2008

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE